UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN E. GUNNARSSON,

                 Plaintiff,

-against-

NASSAU HEALTH CARE CORPORATION, a/k/a
NASSAU UNIVERSITY MEDICAL CENTER,

                 Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV-1266 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on December 7, 2005, dismissing the action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the action is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        December 13, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court